## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOEHLER NORTH AMERICA INC. | : | |
| | : | C.A. No. 22-cv-501 RGA |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| RUSSELL LEE DAVIS and | : | |
| CROSSKEYS ASSOCIATES LIMITED | : | |
| | : | |
| Defendants. | : | |

## ORDER

This __17th__ day of October, 2022, upon consideration of Defendants' Motion for Leave of Court to Respond to Plaintiff's Notice of Supplemental Authority,

IT IS HEREBY ORDERED that Defendants' Motion is DENIED.

/s/ Richard G. Andrews
Judge Richard G. Andrews

4887-8378-6552.2